IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 16 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01555-ZLW

JAMIE STANTON,

    Plaintiff,

v.

SGT. (JOHN DOE 1),
LT. (JOHN DOE 2) of Colorado State University (CSU) Police Department,
ANN HUDGES, CSU Administrator,
FT. COLLINS POLICE OFFICER (JOHN DOE 3),
DET. STEELE,
CURT JACKSON,
JEFF KELLEY,
KIMBERLY DAVIS,
KARLA STANTON,
GENA PANDO,
CHUCK PIERCE,
MAYOR MARTINEZ OF FT. COLLINS, and
COLORADO ATTORNEY GENERAL KEN SALAZER [sic],

    Defendants.

## ORDER GRANTING MOTION TO EXTEND TIME FOR FILING NOTICE OF APPEAL

This matter is before the Court on the request for extension of time that Plaintiff Jamie Stanton submitted and the Court filed on March 13, 2006. Mr. Stanton asks the Court to extend the time for filing a notice of appeal from the order and judgment of dismissal filed on February 17, 2006.

The Court must construe the request liberally because Mr. Stanton is proceeding *pro se. See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the request as a motion to extend the time for filing a notice of appeal pursuant to FED. R. APP. P. 4(a)(5)(A). For the reasons stated below, the liberally construed motion for extension of time will be granted.

In civil cases, a notice of appeal must be filed with the clerk of the district court within thirty days from the date of entry of the judgment appealed from. Rule 4(a)(1) of the FEDERAL RULES OF APPELLATE PROCEDURE. This time limit is "mandatory and jurisdictional." *Hinton v. City of Elwood, Kan.*, 997 F.2d 774, 777 (10th Cir. 1993). Mr. Stanton is appealing from the order and judgment of dismissal filed on February 17, 2006. He submitted and the Court filed a motion for an extension of time in which to appeal on March 13, 2006. In the motion, Mr. Stanton alleges that the delay in filing his notice of appeal stems from the fact that he is seeking legal counsel to represent him.

FED. R. APP. P. 4(a)(5)(A)(i) provides that the district court may extend the time to file a notice of appeal if a party so moves no later than thirty days after the initial thirty days for filing an appeal expires. *See* FED. R. APP. P. 4(a)(1)(A). FED. R. APP. P. 4(a)(5)(A)(ii) also provides that the party must show excusable neglect or good cause.

As previously stated, the order and judgment of dismissal in the instant action was filed on February 17, 2006. The initial thirty-day period for appeal from the February 17 order expired on March 20, 2006. The additional thirty days allowed by Rule 4(a)(5) extended until April 19, 2006, for the February 17 order. Plaintiff's motion, filed on March 13, 2006, was filed within the time allowed by FED. R. APP. P. 4(a)(5)(A).

The Court finds that Mr. Stanton has established good cause. The request for extension of time, which the Court has treated as a motion to extend the time for filing a notice of appeal pursuant to FED. R. APP. P. 4(a)(5)(A), will be granted. Mr. Stanton will be allowed ten days after the date of this order in which to appeal from the February 17, 2006. See FED. R. APP. P. 4(a)(5)(C). Accordingly, it is

ORDERED that the request for extension of time that Plaintiff Jamie Stanton submitted and the Court filed on March 13, 2006, and which the Court has treated as a motion to extend the time for filing a notice of appeal pursuant to FED. R. APP. P. 4(a)(5)(A), is granted. It is

FURTHER ORDERED that Plaintiff will be allowed **ten (10) days after the date of this order** to appeal from the February 17, 2006, order.

DATED at Denver, Colorado, this 15 day of May, 2006.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01555-ZLW

Jamie Stanton
Prisoner No. 23288
Wyoming State Penitentiary
PO Box 400
Rawlins, WY 82301

    I hereby certify that I have mailed a copy of the   **ORDER** to the above-named individuals on ___5-16-06___

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk